

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

WILLIAM K. OATES
*Special Assistant Corporation Counsel*
Phone: (212) 356-2421
Fax: (212) 356-3509
woates@law.nyc.gov

August 14, 2015

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Naquan Palmer v. City of New York, et al.
            14-CV-6580 (NG) (SMG)

Your Honor:

    I am a Special Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Police Officer Medina, Police Officer Ryan and Lieutenant Layton in the above-referenced matter. Defendants write to inform the Court that on August 11, 2015, plaintiff accepted defendants' Rule 68 Offer of Judgment. Further, the parties are currently in the process of attempting to negotiate plaintiff's attorneys' fees and defendants await plaintiff's counsel's billing statements. Accordingly, once the parties execute the necessary paperwork, defendants will forward same to the Court for review and endorsement.

    Thank you for your consideration herein.

Respectfully submitted,

William K. Oates
*Special Assistant Corporation Counsel*

cc:   Robert Marinelli, Esq. (via E.C.F.)
      *Attorney for Plaintiff*