UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NAQUAN PALMER,

                Plaintiff,

    -against-                            **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

CITY OF NEW YORK; et als.

                Defendants.              14 CV 6580 (NG)(SMG)
-------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that plaintiff Naquan Palmer by his attorney, Robert Marinelli, pursuant to FED. R. CIV. P. 68(a), hereby accepts defendants' Rule 68 Offer of Judgment dated July 28, 2015.

Dated: August 11, 2015
       New York, New York

                                                Robert Marinelli
                                               305 Broadway, 9th Floor
                                               New York, New York 10007
                                               (212) 822-1427

To:    ACC William Oates, Esq. (by hand and ecf)
         New York City Law Department
         100 Church Street
         New York, New York 10007